HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
MAZIYAR KHADEMI-ASTANEH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAZIYAR KHADEMI-ASTANEH,<br><br>Defendant. | Case No.  2:18-CR-0243 AC<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  February 4, 2019<br>Time:  9:00 a.m.<br>Judge: Hon. Allison Claire |

It is hereby stipulated and agreed between defendant, Maziyar Khademi-Astaneh, and plaintiff, United States of America, that the status conference scheduled for February 4, 2019, may be continued to February 25, 2019, at 9:00 a.m.

The government recently provided discovery to defense counsel.  Counsel seeks additional time to review discovery, consult with his client, conduct necessary investigation, and determine how best to proceed.  The parties therefore ask the Court to continue the status conference to February 25, 2019, and to exclude time through that date to give them adequate time to prepare, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

The parties agree that the interests of justice to be served by this continuance outweigh the best interests of the defendant and the public in a speedy trial, and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 1, 2019         /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for MAZIYAR KHADEMI-ASTANEH

McGREGOR SCOTT
United States Attorney

Dated: February 1, 2019         /s/ T. Zindel for E. Chang
                                ERIC CHANG
                                Special Assistant U.S. Attorney

**O R D E R**

The status conference set for February 4, 2019, is continued to February 25, 2019, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 25, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 1, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE